AO 245B  (Rev. 09/08) Judgment in a Criminal Case
Sheet 2 — Imprisonment

**DEFENDANT: ANTONIO JOSUE LOPEZ-PEREZ**
**CASE NUMBER: 7:19CR00513-001**

Judgment — Page 2 of 4

United States District Court
Southern District of Texas
FILED

NOV 15 2019

David J. Bradley, Clerk

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>57 months.</u>

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                           **UNITED STATES MARSHAL**

               By    _____
                                         **DEPUTY UNITED STATES MARSHAL**

*[Stamp:]* Defendant delivered on 10/22/19 to BSFCC, Big Spring, Texas, by airlift, bus, USM or self-commitment. Warden Records *[signature]*