# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 22, 2020

Mr. David J. Bradley
Southern District of Texas, McAllen
United States District Court
1701 W. Business Highway 83
Suite 1011
McAllen, TX 78501-0000

No. 19-40695   USA v. Antonio Lopez-Perez
              USDC No. 7:19-CR-513-1

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:  Mr. Antonio Josue Lopez-Perez
     Ms. Carmen Castillo Mitchell