IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
March 31, 2020

No. 19-40695
Conference Calendar

Lyle W. Cayce
Clerk

D.C. Docket No. 7:19-CR-513-1

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ANTONIO JOSUE LOPEZ-PEREZ,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas

Before STEWART, DENNIS, and HO, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.



Certified as a true copy and issued
as the mandate on Apr 22, 2020

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit