IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
March 31, 2020
Lyle W. Cayce
Clerk

No. 19-40695
Conference Calendar

UNITED STATES OF AMERICA,

          Plaintiff-Appellee

v.

ANTONIO JOSUE LOPEZ-PEREZ,

          Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:19-CR-513-1

Before STEWART, DENNIS, and HO, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Antonio Josue Lopez-Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez-Perez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Lopez-Perez's claim of ineffective assistance of counsel; we therefore decline to consider the claim

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Case: 19-40695 Document: 00515391210 Page: 2 Date Filed: 04/22/2020
Case 7:19-cr-00513 Document 42 Filed on 04/22/20 in TXSD Page 2 of 2

No. 19-40695

without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lopez-Perez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. To the extent that Lopez-Perez moves for the appointment of substitute counsel, the motion is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).